UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:22-CR-25 |
| | ) | |
| vs. | ) | |
| | ) | |
| SHAINA KATHERINE LANFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on December 1, 2022. At the hearing, Defendant entered a plea of guilty to a lesser included offense under Count One, specifically to conspiracy to distribute a mixture and substance containing a detectable amount of fentanyl, less than 4 grams, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)C), and to the original charge contained in Count Two, both contained in the Superseding Indictment. She entered her plea with a plea agreement. On the basis of the record made at the hearing, I find Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; Defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

For these reasons, I **RECOMMEND** that Defendant's plea of guilty to the lesser included offense under Count One and to the original charge contained in Count Two, both contained in the Superseding Indictment, be accepted, that the Court adjudicate Defendant guilty of the charges referenced above, and a decision on whether to accept the plea agreement be deferred until

sentencing. I further **RECOMMEND** that Defendant remain in custody until sentencing in this matter. The Court notes the parties have been advised that acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Respectfully submitted,

s/ Cynthia Richardson Wyrick
United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than **Thursday December 15, 2022**. Failure to file objections within this time frame constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).